

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00247-CV

IN RE CARLA LOOPER, RENEE                      RELATORS
WYATT, SANDRA GARZA, AND
CONEXT 180, LLC, D/B/A CXT 180

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 348-301254-18

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relators' petition for writ of mandamus and motion for stay pending mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for stay pending mandamus are denied.

PER CURIAM

PANEL: WALKER, MEIER, and KERR, JJ.

DELIVERED: August 13, 2018

---

[1]See Tex. R. App. P. 47.4, 52.8(d).